a. Declaring that the Claims are non-dischargeable pursuant to 11 U.S.C. § 523(a)(6); and

b. Granting such other and further relief as is appropriate under the circumstances.

/s/ Andrew L. Cole

Andrew L. Cole, Fed. Bar No. 14865
Douglas R. Gorius, Fed. Bar No. 25387
Franklin & Prokopik, P.C.
The B&O Building
Two N. Charles St., Suite 600
Baltimore, MD 21201
Tel: (410) 230-1080
Fax: (410) 752-6868
acole@fandpnet.com
dgorius@fandpnet.com

Attorneys for Leonard Young and Patrice Young